# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER DONNER, | |
| Plaintiff, | Case No.  2:12-cv-00910-JCM-GWF |
| vs. | **ORDER** |
| VEGAS TUNNEL CONSTRUCTORS, a partnership of S.A. Healy Company, an Ohio corporation and Impregilo S.P.A., an Italian corporation, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed May 29, 2012.  Defendant filed a Motion to Dismiss (#5) on July 25, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 3, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 20th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge